UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEYMARK CORPORATION OF FLORIDA, INC.,

    Plaintiff,

-vs-                                        Case No. 6:07-cv-963-Orl-18KRS

EMPIRE FIRE AND MARINE INSURANCE COMPANY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 29). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff Keymark Corporation of Florida, Inc.'s Motion for Attorney's Fees and Costs, and awards Keymark $3,047.50 in attorney's fees and $320.00 in costs.

It is **SO ORDERED** in Orlando, Florida, this ___3___ day of September, 2008.

                                                    G. KENDALL SHARP
                                                    Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge